**UNITED STATES DISTRICT COURT**
Western District of Arkansas
**U.S. Probation / Pretrial Services**

**Myron Smith**　　　　　　　　　　　　　　　319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer　　　　　　　　　　　　　　　　　　　35 East Mountain Road
　　　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, Arkansas 72701
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(479) 442-9892
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax - (479) 442-5276

January 15, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
P.O. Box 6420
Fayetteville, Arkansas 72701

　　　　　　　　　　　　　　　　RE:　　RUSSELL, James
　　　　　　　　　　　　　　　　　　　Docket No: 5:01CR50012-001
　　　　　　　　　　　　　　　　　　　**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. Mr. Russell appeared before the court on September 10, 2001, after he entered a plea of guilty to Bank Robbery in violation of 18 U.S.C. 2113(a) and was sentenced to 77 months in prison and a three year term of supervised release. He released from prison on October 20, 2006, and reported to the Fayetteville probation office for the start of his term of supervision. On December 2, 2008, a drug specimen was collected that tested positive for marijuana.

The defendant was interviewed on January 12, 2009, and admitted to using marijuana on one occasion just prior to the date of his drug test. He was drug tested following our interview and the second drug test result received on January 14, 2009, is negative for drug use. This is a indication that his drug use was a isolated event as he reported during our interview. His supervision contacts and testing will be increased.

Accordingly, it is respectfully recommended no action be taken at this time. Enclosed is a copy of his drug tests. I will continue to monitor Mr. Russell's case providing the court is in agreement with continuing his supervision with a reprimand.

Page 2
Russell, James
Case #5:01CR50012-001

Should your honor require further information, please advise.

Sincerely,

William E. Dunn Jr.
U.S. Probation Officer

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 21 2009

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK

✓ ___ Take no Further Action

___ Submit Petition for Violation Hearing

___ Other _____

_____
_____
_____

Honorable Jimm Larry Hendren        1/20/09
Chief U.S. District Judge           Date